

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00519-CV

**EL CABALLERO RANCH, INC.** and Laredo Marine, L.L.C.,
Appellants

v.

**COUNTY OF LA SALLE**,
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 13-04-00108-CVL
Honorable Russell Wilson, Judge Presiding

PER CURIAM

Sitting:     Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

Delivered and Filed:  November 25, 2015

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellants filed a motion to dismiss this accelerated appeal.  We grant the motion.  *See*

TEX. R. APP. P. 42.1(a)(1).  We order all costs assessed against appellants.  *See id.* R. 42.1(d)

(absent agreement of parties, costs are taxed against appellant).

PER CURIAM